IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-473-D

| | |
|---|---|
| KARINA REIFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMPLETELY BARE DISTRIBUTORS ) | |
| LLC, and ULTA SALON COSMETICS & ) | |
| FRAGRANCE, INC., ) | |
| ) | |
| Defendants. ) | |

On October 2, 2020, Karina Reiff ("Reiff" or "plaintiff") moved to remand this action to Wake County Superior Court [D.E. 11]. On October 23, 2020, defendants responded in opposition [D.E. 17]. For the reasons stated in the defendants' response in opposition, the court DENIES as meritless plaintiff's motion to remand [D.E. 11]. See, e.g., 28 U.S.C. § 1446(b); Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 350–56 (1999); Elliott v. American States Ins. Co., 883 F.3d 384, 391 (4th Cir. 2018); Savitamagan, LLC v. Seneca Ins. Co., No. 1:16CV328, 2016 WL 4186999, at *2 (M.D.N.C. Aug. 8, 2016) (unpublished); Harris v. Maready, 311 N.C. 536, 544, 319 S.E.2d 912, 917 (1984); Hall v. Lassiter, 44 N.C. App. 23, 25, 260 S.E.2d 155, 157 (1979).

SO ORDERED. This 20 day of November 2020.

JAMES C. DEVER III
United States District Judge